UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

_See attached._

(In the space above enter the full name(s) of the plaintiff(s).

-against-

_See attached_
Address: Disney Company/Subsidiaries/Divisions.
500 S. Buena Vista St.
Burbank, CA 91505
818 560 5424

(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)
-----------------------------------------------------------------X

CV 15 3196

COMPLAINT

Jury Trial:  Yes  (No)

SEYBERT, J
SHIELDS, M.J.

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAY 28 2015 ★
LONG ISLAND OFFICE

**I. Parties in this complaint:**

A. List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff:   Name _Christin Noel Griskie_
Street Address _52 Laurel Hill Road_
County, City _Suffolk County, Centerport_
State & Zip Code _NY, 11721_
Telephone Number _954-204-1024 (cell)_
_631-757-0347 (home)_

B. List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

1

Defendant No. 1    Name _____ See attached _____
                   Street Address _____
                   County, City _____
                   State & Zip Code _____
                   Telephone Number _____

Defendant No. 2    Name _____
                   Street Address _____
                   County, City _____
                   State & Zip Code _____
                   Telephone Number _____

Defendant No. 3    Name _____
                   Street Address _____
                   County, City _____
                   State & Zip Code _____
                   Telephone Number _____

Defendant No. 4    Name _____
                   Street Address _____
                   County, City _____
                   State & Zip Code _____
                   Telephone Number _____

II.   **Basis for Jurisdiction:**

Federal courts are courts of limited jurisdiction.  Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A.   What is the basis for federal court jurisdiction? *(check all that apply)*

   [X] Federal Questions          [ ] Diversity of Citizenship

B.   If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue?  _____ See attached. _____
_____
_____

C.   If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

   Plaintiff(s) state(s) of citizenship _____
   Defendant(s) state(s) of citizenship _____
   _____

III. Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. Where did the events giving rise to your claim(s) occur? Marina Del Ray CA, San Diego CA, Grosse Pointe Park, MI, Dayton (Springboro) OH, LI/NYC, NY.

B. What date and approximate time did the events giving rise to your claim(s) occur? 1996 → Present.

C. Facts: "Harry Potter Scar" on forehead is related to hospital emergency room visit I witnessed of 2 of my family members that wish to remain unnamed, in San Deigo CA, 1996 (spring). Later during 2013 (spring) I wrote Disney discussing possible story lines related to "Smart Girl Runs", my childrens autobiography, suggesting book + movie content. This was refused in writing which I have/had the write to suggest/solicit as my own agent. Shortly thereafter the movie "Frozen" was released with multiple suble yet obvious fact + image + knowledge related to my multiple relocations, similar to Elsa / weather complications.

IV. Injuries: See attached. Followed in NYC 3/14. "Iron III Man" Movie references "Hurley Boy" name. Physical likeness + family.

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.

No physical sustained injuries have occured related to Disney. Financially however I now am seeking the United States presidency + a congressional run prior that require funding that I do not have. ~~due~~

3

V.   Relief:

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation. _I request the court sue Disney for $20 Billion in damages and 1% of all annual profits made by Disney, its divisions or subsidiaries following a settlement date of June 28th, 2015. See ammendment. Many, many, many other suits can follow; however, this is the fair way to make my financial loss/injury right in the shortest period of time. That I may quickly move on to my political ambitions, based on what I have learned from relocations from Detroit, MI, so that America & Disney can continue to pofit in greater ways yet to come._

I declare under penalty of perjury that the foregoing is true and correct.

Signed this _28_ day of _May_, 20_15_.

Signature of Plaintiff _[signature]_

Mailing Address _52 Laurel Hill Road Centerport NY 11721_

Telephone Number _954 204 1024 / 631.757.0347_

Fax Number *(if you have one)* _—_

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

4

Complaint and Suit Christin Griskie Vs Disney Company
Plantiff: Christin Griskie

Defendant: Disney Company and associated Divisions
and subsidiaries listed on page 1

5/28/15

Unites States District Court House
100 Federal Plaza
Central Islip New York

Submission to United States District Court House, 100 Federal Plaza, Central Islip, on 5/28/15.

Plantiff, Christin Griskie (representing self) is filing a suit against Disney Company, and the WDC Divisions: (Walt Disney Studios, Disney Media Networks, Walt Disney Parks and Resorts, Disney Interactive, Disney Consumer Products), plus the WDC Subsidiaries (Walt Disney Pictures, Walt Disney Animation Studio, Walt Disney theatrical, The Walt Disney Company India, Pixar, Marvel Entertainment, ~~Lucas Film~~, Disney-ABC Television Group) for invading the privacy an creating profitable content in their products, message, and images related to Harry Potter, Frozen, Dog with a Blog, and other unnamed television shows and music.

Christin Griskie has written proof of communication of Disney just prior to the release of Frozen specifically. In America, massive corporations do not have the right to decline engagement in solicitation offers of agents and then use their ideas or suggestions immediately for profit.

Disney Financials in US Dollars:
Revenue: US $48.813 Billion (2014)
Operating Income: US $12.246 Billion (2014)
Net Income $8.004 Billion (2014)
Total Assets $84 Billion (2014)
Total Equity $44 Billion

Number of Employees 180,000

The Harry Potter Empire has grossed over $7 Billion.
Frozen has grossed over $1 Billion.
Other productions not mentioned.

**Christin Griskie is suing for $20 Billion in damages and 1% of all annual profits made by Disney Company, its divisions or subsidiaries, following settlement date of June 28, 2015.**

**Additional damages will be sought if this settlement is delayed beyond June 28, 2015 by and $25 Billion and increase to and of 10% of all annual profits as of Settlement date of July 28, 2015.**

Based on specific intel beginning in Los Angeles California and surrounding areas and businesses in 1996 that has lead to two empires, plus additional productions within Disney that continue to make huge profits internationally, daily.

**My intent is not to tarnish the reputation of Disney, nor California, my intent is to be made right for access and use of my intellectual property based on specific life events that were taken from my example spanning 19 years to the present**

Corporate America simply cannot use material from regular citizens without their consent and personal profit this is in no way fair and or just. Failing to simply approach me as a writer, actor or producer or other talent would have been the appropriate and legal way to approach my story to the benefit of the American people.

Subtle or overt content in any commercial, movie, song, product that is not authentic and that takes from the private life of another is illegal and invasion of privacy, a breach of the constitution and Disney is one of many companies that have profited from my example as a non celebrity to this point. Other Disney productions have also been created, not mentioned in this pursuance.

Signed:

_____     _____
Plantiff                            Witness


_____     _____
Disney Legal Representative         Disney Business Representative

### Sources
### US Legal.com
Invasion of privacy is the intrusion into the personal life of another, without just cause, which can give the person whose privacy has been invaded a right to bring a lawsuit for damages against the person or entity that intruded. It encompasses workplace monitoring, Internet privacy, data collection, and other means of disseminating private information.

### US Constitution 9th Amendment

### Bill of Rights section on Right to Privacy

### Wikipedia Disney Corporation

Submission to United States District Court House, 100 Federal Plaza, Central Islip, on 5/28/15.

Plantiff, Christin Griskie (representing self) is filing a complaint against Disney Company, and the WDC Divisions: (Walt Disney Studios, Disney Media Networks, Walt Disney Parks and Resorts, Disney Interactive, Disney Consumer Products), plus the WDC Subsidiaries (Walt Disney Pictures, Walt Disney Animation Studio, Walt Disney theatrical, The Walt Disney Company India, Pixar, Marvel Entertainment, Lucas Film, Disney-ABC Television Group) for invading the privacy an creating profitable content in their products, message, and images related to Harry Potter, Frozen, Dog with a Blog, and other unnamed television shows and music.

Christin Griskie has written proof of communication of Disney just prior to the release of Frozen specifically. In America, massive corporations do not have the right to decline engagement in solicitation offers of agents and then use their ideas or suggestions immediately for profit.

Disney Financials in US Dollars:
Revenue: US $48.813 Billion (2014)
Operating Income: US $12.246 Billion (2014)
Net Income $8.004 Billion (2014)
Total Assets $84 Billion (2014)
Total Equity $44 Billion

Number of Employees 180,000

The Harry Potter Empire has grossed over $7 Billion.
Frozen has grossed over $1 Billion.
Other productions not mentioned.

**Christin Griskie is suing for $20 Billion in damages and 1% of all annual profits made by Disney Company, its divisions or subsidiaries, following settlement date of June 28, 2015.**

**Additional damages will be sought if this settlement is delayed beyond June 28, 2015 by and $25 Billion and increase to and of 10% of all annual profits as of Settlement date of July 28, 2015.**

Based on specific intel beginning in Los Angeles California and surrounding areas and businesses in 1996 that has lead to two empires, plus additional productions within Disney that continue to make huge profits internationally, daily.

**My intent is not to tarnish the reputation of Disney, nor California, my intent is to be made right for access and use of my intellectual property based on specific life events that were taken from my example spanning 19 years to the present**

Corporate America simply cannot use material from regular citizens without their consent and personal profit this is in no way fair and or just. Failing to simply approach me as a writer, actor or producer or other talent would have been the appropriate and legal way to approach my story to the benefit of the American people.

Subtle or overt content in any commercial, movie, song, product that is not authentic and that takes from the private life of another is illegal and invasion of privacy, a breach of the constitution and Disney is one of many companies that have profited from my example as a non celebrity to this point. Other Disney productions have also been created, not mentioned in this pursuance.

Signed:

_____      _____
Plantiff                                                Witness


_____      _____
Disney Legal Representative               Disney Business Representative

**Sources**
**US Legal.com**
Invasion of privacy is the intrusion into the personal life of another, without just cause, which can give the person whose privacy has been invaded a right to bring a lawsuit for damages against the person or entity that intruded. It encompasses workplace monitoring, Internet privacy, data collection, and other means of disseminating private information.

**US Constitution 9th Amendment**

**Bill of Rights section on Right to Privacy**

**Wikipedia Disney Corporation**